AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___Central District of California___ on the following

☒ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>8:19-cv-312 JLS | DATE FILED<br>February 15, 2019 | U.S. DISTRICT COURT<br>Central District of California |
|---|---|---|
| PLAINTIFF<br>CHARISMA BRANDS, LLC | | DEFENDANT<br>AMDL COLLECTIONS, INC. and DOES 1-10, |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 See Attachment "A" | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| "SEE ATTACHED NOTICE OF VOLUNTARY DISMISSAL" |

| CLERK<br>Kiry Gray | (BY) DEPUTY CLERK<br>/s/ J. Lam | DATE<br>04/08/2020 |
|---|---|---|

**Copy 3—Upon termination of action,**

4823-4537-8696.1



*Charisma Brands, LLC v. AMDL Collections, Inc. and DOES 1-10,*
*U.S. District Court Case No.* __8:19-cv-312__

# ATTACHMENT "A"

Trademarks Owned by Plaintiff:

| Serial Number/Registration Number | Filing Date/Registration Date | Owner Name |
|---|---|---|
| 87817051 | 3/1/2018 | Charisma Brands, LLC |
| 87815473 | 2/28/2018 | Charisma Brands, LLC |
| 4406728 | 9/24/2013 | Charisma Brands, LLC |
| 3951847 | 4/26/2011 | Charisma Brands, LLC |
| 3002445 | 9/27/2005 | Charisma Brands, LLC |

Trademarks Filed by Defendant

| Serial Number | Filing Date | Applicant Name |
|---|---|---|
| 87337151 | 2/15/2017 | AMDL Collections, Inc. |
| 87337216 | 2/15/2017 | AMDL Collections, Inc. |
| 87337076 | 2/15/2017 | AMDL Collections, Inc. |
| 87332618 | 2/11/2017 | AMDL Collections, Inc. |
| 87204372 | 10/15/2016 | AMDL Collections, Inc. |